# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:22-cv-06831-WLH-Ex__   Date __7/11/2024__

Title: __Securities and Exchange Commission v. Brian Lam et al__

Present: The Honorable __WESLEY L. HSU__

| Holidae Crawford | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
N/A

Attorneys Present for Defendants:  
N/A

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated __3/22/2024__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __HC__